UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DEON TREMELL LEE<br>DOC # 375231 | * <br> * <br> * | CIVIL ACTION NO. 2:18-CV-182<br>SECTION P |
| VERSUS | * <br> * | JUDGE ROBERT G. JAMES |
| UNITED STATES OF AMERICA, ET AL. | * <br> * <br> * | MAGISTRATE JUDGE KAY |

*************************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 7] of the Magistrate Judge previously filed herein, after a *de novo* review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED AND DECREED** that the plaintiff's claims are **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the plaintiff's Motion for Immediate Judgment [Doc. No. 10] is **DENIED AS MOOT**.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

Monroe, Louisiana, this 13th day of April, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE